# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY ROBINSON, *et al.*,<br><br>Defendants. | Case No. CIV-25-128-RAW-GLJ |

## ORDER

Before the court are the Plaintiff's motion for leave to proceed *in forma pauperis* [Docket No. 3] and the Report and Recommendation ("R&R") issued by Magistrate Judge Jackson, recommending that this action be dismissed *sua sponte* and the motion be denied as moot [Docket No. 8]. The R&R was filed on April 30, 2025, and no responses or objections have been filed.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action . . . is frivolous or . . . fails to state a claim on which relief may be granted." Moreover, as noted by Magistrate Judge Jackson, the court is required to dismiss an IFP claim that is frivolous or fails to state a claim on which relief may be granted. *See Trujillo v. Williams*, 465 F.3d 1210, 1216 n. 5 (10th Cir. 2006).

The court has reviewed the Complaint in this case and finds that Magistrate Judge Jackson correctly determined that it is frivolous and fails to state a claim upon which relief may be granted. Accordingly, the R&R [Docket No. 8] is hereby affirmed and adopted as this court's

Findings and Order. This action is hereby dismissed and the motion for leave to proceed *in forma pauperis* [Docket No. 3] is hereby denied as moot.

**IT IS SO ORDERED** this 17th day of July, 2025.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**